ATLAS FENCE COMPANY et al., respondents,

*v.*

WEST RIDGELAWN CEMETERY et al., appellants.

[Decided October 2d, 1936.]

*Mr. Louis Fast, Mr. Samuel Kessler, Messrs. Carey & Lane, Mr. Ernest Kurzrok, Mr. Abraham Levitan, Messrs. Corbin & Harty* and *Mr. David T. Wilentz,* attorney-general, for the respondents.

*Mr. Abraham M. Herman,* for the appellants.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays, and reported in *120 N. J. Eq. 239.*

*For affirmance*—LLOYD, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ. 6.

*For reversal*—THE CHIEF-JUSTICE, CASE, BODINE, HEHER, PERSKIE, JJ. 5.